IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS VINSON, LADEXTER VINSON, YUTIV VINSON FUQUA, and THOMAS VINSON, JR., <br>           Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE CO., INTERNATIONAL PAPER CO., etc., <br><br>           Defendants. | Civil Action No. 2:15CV885-WHA <br> (wo) |

**ORDER**

Upon consideration of the Joint Motion to Extend Scheduling Order Deadlines (Doc. #46), it is hereby

ORDERED that the Motion is GRANTED to the following extent:

1. The deadlines for Plaintiff to respond to Defendant International Paper's Motion to Dismiss is extended from October 5, 2016 to October 19, 2016, and Defendants' Reply deadline is extended from October 22, 2016 to October 26, 2016.

2. All other deadlines will be governed by the Amended Uniform Scheduling Order entered on this day.

Done this 3rd day of October, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE